# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

**In re:**

**DENNIS E. HECKER**                                    Case No. 09-50779-RJK

    Debtor.                                             Chapter 7

---

**CORNERSTONE BANK,**
**CORNERSTONE Holding Company, Inc.,**
**And BLACKSTONE Financial, LLC.,**
                                                        ADV Pro. No. 09-05035
    Plaintiffs,
vs.

**DENNIS E. HECKER,**

    Defendant.

---

## STIPULATION FOR CONTINUANCE OF TRIAL DATE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that the trial scheduled for January 12, 2010 in the above adversarial matter be continued until either the first week of March 2010 or the end of March 2010, depending upon the Court's availability. Counsel for each party have conflicts with previously scheduled trials (some of which have already been continued) and commitments that cannot be rescheduled.

Dated: November 10, 2009

SERKLAND LAW FIRM

Brad A. Sinclair #0161652
10 Roberts Street, PO Box 6017
Fargo, ND 58108-6017
Telephone: (701) 232-8957
bsinclair@serklandlaw.com
**ATTORNEYS FOR PLAINTIFFS**

1

Dated: November 10, 2009

SKOLNICK & SHIFF, P.A.

/s/ William R. Skolnick

William R. Skolnick #137182
LuAnn M. Petricka #18505X
527 Marquette Avenue South, #2100
Minneapolis, MN 55402
(612) 677-7600
wskolnick@skolnick-shiff.com
petricka@visi.com

**ATTORNEYS FOR DEFENDANT**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

DENNIS E. HECKER

Debtor.

Case No. 09-50779-RJK

Chapter 7

---

CORNERSTONE BANK,
CORNERSTONE Holding Company, Inc.,
And BLACKSTONE Financial, LLC.,

Plaintiffs,

vs.

DENNIS E. HECKER,

Defendant.

ADV Pro. No. 09-05035

---

### ORDER CONTINUING TRIAL DATE

---

Based on the stipulation of the parties, it is hereby ordered that the Trial Date in the above matter shall be _____, 2010. The attached Amended Order for Trial shall replace the Order for Trial dated October 27, 2009.

Dated: November \_\_\_, 2009

_____
Robert J. Kressel
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker                                                BKY No. 09-50779 RJK

        Debtor.

Cornerstone Bank,
Cornerstone Holding Company, Inc
And Blackstone Financial LLC,

        Plaintiff,

v.                                                              Adversary No. 09-05035

Dennis E. Hecker,

        Defendant.

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on November 10, 2009, I caused the following **STIPULATION FOR CONTINUATION OF TRIAL DATE; ORDER CONTINUING TRIAL DATE** to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following listed below:

| | |
|---|---|
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |
| Clinton E. Cutler | ccutler@fredlaw.com, mdavis@fredlaw.com |
| Randall L. Seaver | rlseaver@fullerseaverramette.com, rseaver@ecf.epiqsystems.com |
| Brad A Sinclair | bsinclair@serklandlaw.com |

Dated: November 10, 2009        **SKOLNICK & SHIFF, P.A.**

                                              /e/ William R. Skolnick
                                              William R. Skolnick #137182
                                              LuAnn M. Petricka #18505X
                                              2100 Rand Tower
                                              527 Marquette Avenue South
                                              Minneapolis, MN 55402
                                              (612) 677-7600
                                              wskolnick@skolnick-shiff.com
                                              **ATTORNEY FOR DENNIS E. HECKER**